In the Matter of the Claim of RAYMOND COMSTOCK, Respondent, against C. WILLIAM GRASTORF, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted March 6, 1946; decided April 18, 1946.

*Francis B. O'Connor* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Roy Wiedersum, Orrin G. Judd* and *Emmeline E. Ferris* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.